# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(HON. JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 09CR2552 |
| Plaintiff, | |
| v. | ORDER |
| CESAR HERIBERTO ORTIZ, | |
| Defendant. | |

IT IS HEREBY ORDERED, based upon the foregoing Joint Motion and good cause shown, that the sentencing date of defendant CESAR HERIBERTO ORTIZ in the above-entitled case be and is hereby continued from Friday, February 19, 2010 at 9:00 a.m. to Friday, *May 14, 2010 at 9:00 a.m.*

**SO ORDERED.**

DATED: January 27, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge