# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 09CR2552 JM |
| Plaintiff, ) | |
| ) | ORDER CONTINUING SENTENCING DATE |
| v. ) | |
| CESAR HERIBERTO ORTIZ, ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY ORDERED, based upon the foregoing Joint Motion and good cause shown, that the sentencing date of defendant CESAR HERIBERTO ORTIZ in the above-entitled case is hereby continued from Friday, May 14, 2010 to Friday, ***August 13, 2010 at 9:00 a.m.***

**SO ORDERED.**

DATED: May 5, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge